# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2308 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 137 DB 2015 |
| | : | |
| v. | : | Colorado Registration No. 37875 |
| | : | |
| BRENDAN J. MAGEE, | : | (Out of State) |
| | : | |
| Respondent | : | |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 19th day of December, 2016, upon consideration of the Report and Recommendations of the Disciplinary Board, Brendan J. Magee is suspended from the Bar of this Commonwealth for a period of one year and one day, and he shall comply with all the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E.208(g).